UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN C. ECKERT, <br><br> Plaintiff, <br> -v- <br> THE CITY OF NEW YORK, <br><br> Defendant. | 19 Civ. 2825 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Due to the current public health situation, the conference scheduled for April 9, 2020 at 2 p.m. is adjourned to May 8, 2020 at 2 p.m. If either party intends to move for summary judgment, they are still to submit a letter, in accordance with Rule 3.H of the Court's Individual Rules, within 14 days of the close of fact discovery that outlines their arguments in support of such a motion.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 13, 2020
       New York, New York