UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                                  Plaintiff,

-v-

THE CITY OF NEW YORK,

                                  Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A pre-motion conference in this case is scheduled for August 28, 2020 at 10:30 a.m. Dkt. 33.  Due to a conflict with the Court's schedule, this pre-motion conference is adjourned until **August 31, 2020 at 10:30 a.m.**  In light of the public health situation, the conference will be a telephonic conference.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                             _____
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: August 5, 2020
          New York, New York