UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN C. ECKERT,

                       Plaintiff,           19 Civ. 2825 (PAE)

        -v-

THE CITY OF NEW YORK,                 ORDER

                       Defendant.

PAUL A. ENGELMAYER, District Judge:

      The Court recognizes the logistical difficulty of conducting an IME, as the plaintiff currently resides in South Carolina. The Court grants an adjournment of the plaintiff's IME until January 29, 2021.

      The Court further grants the parties' request for an extension of the expert discovery deadline. The expert discovery deadline is extended to October 15, 2020.

      The Court declines to convert the August 31 pre-motion conference into a discovery conference. Counsel are instead directed to present discovery disputes to the Court in compliance with the Court's Individual Rules, available at http://www.nysd.uscourts.gov/judge/Engelmayer. Consistent with these rules, Mr. Eckert is instructed to file a short letter, no longer than three pages, explaining the nature of this dispute. The City is instructed to file a response letter of no more than three pages, due within three business days. After receiving both letters, the Court, if necessary to enable it to resolve the dispute, would then schedule a telephonic conference. The pre-motion conference currently scheduled for August 31 is adjourned to October 29 at 2:30 pm.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2020
New York, New York