UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                              Plaintiff,

          -v-

THE CITY OF NEW YORK,

                              Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received letters from plaintiff Steven Eckert, Dkt. 40, and defendant City of New York, Dkt. 41, regarding a recent discovery dispute. The Court holds that the proper resolution is for plaintiff's second expert, Steven Wiker, to attend the City's forthcoming inspection of the police boat at issue. The Court expects the parties to collaborate collegially in selecting a date for the inspection, and expects plaintiff, in particular, to be flexible as to scheduling insofar as the inspection will be plaintiff's second.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2020
       New York, New York