UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN C. ECKERT,<br><br>                                      Plaintiff,<br>               -v-<br><br>THE CITY OF NEW YORK,<br><br>                                     Defendant. | 19 Civ. 2825 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In light of the extension of time to complete discovery, the pre-motion conference presently scheduled for October 29, 2020 at 2:30 p.m. is rescheduled to February 26, 2021 at 2:00 p.m.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2020
       New York, New York