UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVEN C. ECKERT, | | |
| | Plaintiff, | 19 Civ. 2825 (PAE) |
| -v- | | |
| THE CITY OF NEW YORK, | | ORDER |
| | Defendant. | |

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the pre-motion conference scheduled for April 13, 2021 at 2:00 p.m. is rescheduled for April 21, 2021 at 3:00 p.m.

This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2021
New York, New York