UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                      Plaintiff,

            -v-

THE CITY OF NEW YORK,

                      Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following schedule for the briefing of defendant's anticipated motion for summary judgment:

- The Joint Statement of Undisputed Facts is due May 12, 2021;
- Defendant's motion for summary judgment is due June 4, 2021;
- Plaintiff's opposition is due June 25, 2021; and
- Defendant's reply is due July 9, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2021
       New York, New York