UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                              Plaintiff,

        -v-

THE CITY OF NEW YORK,

                             Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received an inquiry from the defense as to whether it may file responses to plaintiff's jury charge request and proposed *voir dire* questions. The Court hereby authorizes—but does not require—the parties to file such responses by February 18, 2022. The Court does not invite any further submissions as to these matters.

      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: February 11, 2022
       New York, New York