UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN C. ECKERT,<br><br>                                      Plaintiff,<br>            -v-<br><br>CITY OF NEW YORK,<br><br>                                      Defendant. | 19 Civ. 2825 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      This case has been placed on the jury trial list for June 9, 2022. The case must be trial-ready for that date. The case is likely to go to trial that day. As soon as the Court confirms that the matter will proceed on June 9, 2022, it will inform the parties.

      SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2022
       New York, New York