UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                                Plaintiff,

        -v-

CITY OF NEW YORK,

                              Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A final pretrial conference is hereby scheduled for May 12, 2022, at 1:30 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 12, 2022
       New York, New York