UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                               Plaintiff,

-v-

CITY OF NEW YORK,

                             Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court resolved the pending motions *in limine*.

Accordingly, the Clerk of Court is respectfully directed to close the motions at dockets 64, 65, 69,[1] 72, and 85.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 13, 2022
       New York, New York

---

[1] This motion *in limine* was withdrawn. *See* Dkt. 83.

1