UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
STEVEN C. ECKERT,

                    Plaintiff,

-against-

THE CITY OF NEW YORK,

                    Defendant.
-------------------------------------------------x

Civil Action No.: 19-cv-2825 (PAE)

**ORDER ALLOWING EVIDENCE TO BE BROUGHT INTO COURTHOUSE**

Upon application to this Court,

**IT IS HEREBY ORDERED** that plaintiff's attorneys Andrew V. Buchsbaum, John P. James and/or Bernard D. Friedman are hereby permitted to bring into the Southern District Courthouse via the freight entrance at 40 Foley Square, and deliver to Courtroom 1305 (Hon. Paul A. Engelmayer) the following pieces of evidence:

1. Jason's Cradle in cardboard box, depicted as follows:



2. One Pike Pole, depicted as follows:



Dated:   New York, New York
         June 3, 2022

SO ORDERED:

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge