UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN C. ECKERT,

                              Plaintiff,

          -v-

CITY OF NEW YORK,

                             Defendant.

19 Civ. 2825 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 15, 2022, the jury returned a verdict finding the defendant not liable. Dkt. 105. The Clerk of Court is accordingly directed to enter judgment in favor of defendant and to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2022
        New York, New York

1