**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEVEN C. ECKERT,

                Plaintiff,                              19 **CIVIL** 2825 (PAE)

      -against-                                     **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul A. Engelmayer, United States District Judge, the jury returned a verdict finding the defendant not liable. Judgment is entered in favor of defendant; accordingly, the case is closed.

**DATED:** New York, New York
            August 31, 2022

                                                                     RUBY J. KRAJICK

So Ordered:                                                           Clerk of Court

*/s/ Paul A. Engelmayer*                       BY:    *K. Mango*
**PAUL A. ENGELMAYER**                                    **Deputy Clerk**
**United States District Judge**